UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                     No.  25-MJ-411

SKKY IFUDU,                                      <u>ORDER</u>

        Defendant.

-------------------------------------------------------x

        A bail appeal hearing will be held on **March 7, 2025, at 2:30 pm** in Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007), Courtroom 17C.

Parties should file any written submissions by 12:00 pm on March 6, 2025.

        SO ORDERED.

Dated: New York, New York             /s/ Laura Taylor Swain
       March 3, 2025                       LAURA TAYLOR SWAIN
                                           Chief United States District Judge
                                           Part I